1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  STEVE CRUZ,                        1:06-cv-01877-AWI-DLB-P

12            Plaintiff,      **ORDER ADOPTING FINDINGS AND**
                              **RECOMMENDATIONS** (Doc. 9)
13  vs.
                              **ORDER DISMISSING ACTION**
14  A.K. SCRIBNER, WARDEN, et al.,

15            Defendants.
    _____/
16

17       Plaintiff, Steve Cruz ("plaintiff"), a state prisoner

18  proceeding pro se and in forma pauperis, has filed this civil

19  rights action seeking relief under 42 U.S.C. § 1983.  The matter

20  was referred to a United States Magistrate Judge pursuant to 28

21  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22       On December 28, 2007, the Magistrate Judge filed Findings

23  and Recommendations herein which were served on plaintiff and

24  which contained notice to plaintiff that any objections to the

25  Findings and Recommendations were to be filed within twenty (20)

26  days.  To date, plaintiff has not filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

                              1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    The Findings and Recommendations, filed December 28,

8  2007, are ADOPTED IN FULL;

9    2.    This action is DISMISSED for plaintiff's failure to

10 obey the court's order of October 3, 2007, and for failure to

11 state a claim;

12   3.    The Clerk of the Court is DIRECTED to close this file.

13

14

15 IT IS SO ORDERED.

16 **Dated:    February 25, 2008          /s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28